CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2014 JUN -6 PM 2:16
DEPUTY CLERK [signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE Northern DISTRICT OF TEXAS
Amarillo DIVISION

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

Patrick O. mozee 144-8936
Plaintiff's name and ID Number

clements Unit 9601 spur 591 Amarillo, Tx
Place of Confinement

CASE NO: 2-14CV-137-J
(Clerk will assign the number)

v.

Lt. Judd 9601 spur 591 Amarillo, Tx 79107
Defendant's name and address
Individual and official capacity

Sergt smith 9601 spur 591 Amarillo, Tx 79107
Defendant's name and address
suing in Individual and official capacity

Sergt chad Perry 9601 spur 591 Amarillo, Tx
Defendant's name and address Individual and official capacity.
(DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

## FILING FEE AND IN FORMA PAUPERIS

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

## I. PREVIOUS LAWSUITS:

A. Have you filed any other lawsuits in the state or federal court relating to imprisonment? ✓ YES ______ NO

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: My paperwork was destroyed and thrown away.
2. Parties to previous lawsuit:
   Plaintiff(s): Patrick O. mozee, Levi Jones
   Defendant(s): Smith Unit officers
3. Court (If federal, name the district; if state, name the county) cant remember
4. Docket Number: cant remember lawsuit got destroyed
5. Name of judge to whom case was assigned: magistrate Judge Nancy - I think
6. Disposition: (Was the case dismissed, appealed, still pending?)
   Dismissed
7. Approximate date of disposition: cant remember

**II. PLACE OF PRESENT CONFINEMENT:** clements Unit 9601 spur 591 Amarillo, Tx

**III. EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution? ✓ YES ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

**IV. PARTIES TO THE SUIT:**

A. Name of address of plaintiff: Patrick O. mozee 144-8936 9601 spur 591 Amarillo, Texas 79107

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Lt. Judd 9601 spur 591 Amarillo, Tx. 79107 suing in there individual and official capacity

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

criminal conspiracy, character defamation

Defendant #2: Sergt Brandon K. smith 9601 spur 591 Amarillo, Tx. 79107 suing in their individual and official capacity

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

criminal conspiracy, character defamation

Defendant #3: sergt chad Perry 9601 spur 591 Amarillo, Tx. 79107 suing in their Indvidual and official capacity

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

criminal conspiracy, character defamation

Defendant #4: Jennifer E. Perryman 9601 spur 591 Amarillo, Tx. 79107. suing in their Individual and official capacity

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

criminal conspiracy, character defamation

Defendant #5: Diana Ramirez 9601 spur 591 Amarillo, Tx. 79107 suing in their Individual and official capacity

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

criminal conspiracy, character defamation

Additional Defendants

1.

Patrick o. mozee 144-8936

v.

officer Green
Individual and official capacity
Sergt. Johnson
Individual and official capacity
officer Harthon
Individual and official capacity
officer craig
Individual and official capacity
officer casas
Individual and official capacity

officer Gibson
Individual & official capacity
officer Huerta
Individual & official capacity
officer w. Pyke
Individual & official capacity
officer Ford
Individual & official capacity
officer Bernal
Individual & official capacity
officer k. moore
Individual & official capacity

All these officers part of a criminal conspiracy and character defamation to increase the danger in my situation.

Signed 29 may 2014

patrick o. mozee 144-8936
patrick o. mozee 144-8936

**V. STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intent to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

At the bill clements, since 2013 officer Ramirez, C. craig, casas, green, sergt chad perry, Lt. Judd, sergt Johnson, officer Harthon, officer perryman, and other unidentfied conspirators did defame my character by telling prisoners lies That im a snitch, im a child molester, I have diseases It's a criminal conspiracy to have other inmates attack me and turn on me. Also saying someone poisoned my food with HIV thats how I supposedly have been infected with HIV. The officers started these rumors to retaliate against me and to increase the danger in my situation. my life is under imminent danger here.

**VI. RELIEF:** State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

I request $50,000 per defendant compensatory damages, PunitivE damages, preliminary injunction, Permanent injunction, unit transfer, protective custody Temporary Restraining order

**VII. GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Patrick, mozee or Pat

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

I only remember my current TDCJ# 144-8936

**VIII. SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? NA YES NA NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): previous lawsuit dismissed
2. Case Number: can't remember they through my lawsuit away.
3. Approximate date sanctions were imposed: NA
4. Have the sanctions been lifted or otherwise satisfied? NA YES NA NO

C. Has any court ever warned or notified you that sanctions could be imposed? NA YES NA NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): NA
2. Case number: NA
3. Approximate date warning were imposed: NA

Executed on: 5.29.14
(Date)

Patrick O. mozee
(Printed Name)

Patrick O. mozee
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assess by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this 5.29.14 day of may, 20 14.
(Day) (Month) (Year)

Patrick O. mozee
(Printed Name)

Patrick O. mozee
(Signature of Plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.**

I charlie Brinkley eye witness that officers and inmattes spread rumors on inmate Patrick O'neal mozee 1448936 saying things like Patrick O'neal mozee has Aids, hes a child molester, hes a snitch defaming his character causing injury to his reputation. And increasing the danger in his situation. Also rumor has it that someone was tampering with Patrick O'neal Mozee 1448936 food tray's.

Signed on 1 (day) 6 (mo) 14 (yr)

print name: Charlie Leon Brinkley

signature: Charlie Leon Brinkley

I delare under perjury That The above information is True and correct.

18

# Texas Department of Criminal Justice

# STEP 2

## OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2014009463 |
| UGI Recd Date: | SEP 0 3 2013 |
| HQ Recd Date: | SEP 0 9 2013 |
| Date Due: | 10-10 |
| Grievance Code: | 515 |
| Investigator ID#: | I 0794 |
| Extension Date: | 11-14-13 |

**Offender Name:** Patrick a. mozee **TDCJ #** 1448936

**Unit:** Bill clements **Housing Assignment:** R.E. 2

**Unit where incident occurred:** Bill clements RE14

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

officer Diana Ramirez is working callaboratively with other officers in a conspiracy against me trying to make distortions and lies true by constantly telling officers and inmates I have disease, im a snitch, im a child molester all These lies and rumors have been spread abroad in attempt to defame my character and reputation. This is a ongoing criminal conspiracy of character defemation.

$ $ $

**I-128 Front** (Revised 11-2010) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** (OVER)

**Appendix G**

Offender Signature: Patrick O. Mozel Date: 8, 28, 13

**Grievance Response:**

Your claims have been reviewed. Officer Ramirez has denied telling any other offender that you have HIV or Hep C. No new evidence was found to support your claims of misconduct on the part of Officer Ramirez. However, if you have a problem at any time or feel threatened, you are to immediately notify a security supervisor with your concerns. Further action is unwarranted at this time.

**Signature Authority:** MARK ROTH **Date:** OCT 14 2013

**Returned because:** ***Resubmit this form when corrections are made.***

- ☐ **1. Grievable time period has expired.**
- ☐ **2. Illegible/Incomprehensible.***
- ☐ **3. Originals not submitted. ***
- ☐ **4. Inappropriate/Excessive attachments.***
- ☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**
- ☐ **6. Inappropriate.***

**CGO Staff Signature:** ______________________

**OFFICE USE ONLY**

**Initial Submission** **CGO Initials:** ____

Date UGI Recd: ____

Date CGO Recd: ____

(check one) ____Screened ____Improperly Submitted

Comments: ____

Date Returned to Offender: ____

**2nd Submission** **CGO Initials:** ____

Date UGI Recd: ____

Date CGO Recd: ____

(check one) ____Screened ____Improperly Submitted

Comments: ____

Date Returned to Offender: ____

**3rd Submission** **CGO Initials:** ____

Date UGI Recd: ____

Date CGO Recd: ____

(check one) ____Screened ____Improperly Submitted

Comments: ____

Date Returned to Offender: ____

Patrick Oneal mozee 144-8936
clements unit
9601 spur 591
Amarillo, Tex 79107




U.S. District court
205 E. fifth st., 133
Amarillo, Texas 79101.1559

RECEIVED
JUN - 6 2014
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS